# Morgan Lewis

**Melissa C. Rodriguez**
Partner
+1.212.309.6394
melissa.rodriguez@morganlewis.com

August 14, 2017

**VIA EMAIL AND FEDERAL EXPRESS**

Jill S. Kahn, Esq.
Shannon Erika Liss-Riordan, Esq.
Lichten & Liss-Riordan, PC
729 Boylston Street
Suite 2000
Boston, MA 02116

Anthony Pantuso, Esq.
Richard Hayber, Esq.
The Hayber Law Firm, LLC
900 Chapel Street, Suite 620
New Haven, CT 06510

Re:  Celli et al v. Progressive Casualty Insurance Company
     Case No. 2:17-cv-01144-SJF-GRB

Dear Counsel:

We represent the Defendant Progressive Casualty Insurance Company ("Progressive") in the above-referenced action. Pursuant to District Judge Feuerstein's Individual Rule 4.B, enclosed please find copies of: (1) Progressive's Notice of Motion to Dismiss the Claims of CGA Plaintiffs Tiffany Finch and Russell Smith; (2) Progressive's Memorandum of Law in support thereof; and (3) the Declaration of Matthew Downing, and Exhibits A and B attached thereto, in support thereof.

This letter will also be filed via ECF in accordance with Rule 4.B.

Sincerely,

*Melissa C. Rodriguez*
Melissa C. Rodriguez
*Counsel for Defendant*

**Morgan, Lewis & Bockius** LLP

101 Park Avenue
New York, NY  10178-0060      T +1.212.309.6000
United States                 F +1.212.309.6001