# Morgan Lewis

**Melissa C. Rodriguez**
Partner
+1.212.309.6394
melissa.rodriguez@morganlewis.com

January 9, 2018

**VIA ECF**

The Honorable Sandra J. Feuerstein, U.S.D.J.
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722-9014

Re:   Celli et al v. Progressive Casualty Insurance Company
       Case No. 2:17-cv-01144-SJF-GRB

To the Honorable Judge Feuerstein:

We represent Defendant Progressive Casualty Insurance Company in the above-referenced action. We write to inform the Court that Defendant has no objection to Plaintiffs' counsel's request to participate by telephone in the conference currently scheduled for January 10, 2018. However, as counsel for Defendant will already be in the courtroom for a conference before the Court in another matter, counsel for Defendant intends to appear in person.

We thank the Court for its consideration in this matter.

Respectfully submitted,

*/s/ Melissa C. Rodriguez*

Melissa C. Rodriguez


cc:   Shannon Liss-Riordan, Esq.
       Jill S. Kahn, Esq.
       Richard E. Hayber, Esq.
       Christopher A. Parlo, Esq.