IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS CELLI, JONATHAN LALLY, TIFFANY FINCH, and RUSSELL SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY<br><br>Defendant. | Civil Action No.<br>2:17-cv-01144-SJF-GRB |

**JOINT NOTICE OF SETTLEMENT AND REQUEST TO SCHEDULE APPROVAL HEARING PURSUANT TO 29 U.S.C. § 216(B)**

The parties hereby notify the Court that, following a mediation held on April 30, 2018, they have reached an agreement to resolve this matter. The parties are currently in the process of finalizing the settlement agreement paperwork. They respectfully request that the Court schedule a settlement approval hearing in August.

The settlement will cover those individuals who have submitted consent forms, pursuant to 29 U.S.C. § 216(b) of the Fair Labor Standards Act ("FLSA"), to join this case, or pursue these claims in arbitration. Thus, the settlement is not a Rule 23 class settlement that will bind absent class members. Nevertheless, settlements of such claims under § 216(b) require court approval. Plaintiffs will submit a full motion for settlement approval prior to the approval hearing, explaining to the Court why the settlement is fair and reasonable and should be approved. In the meantime, within the next two weeks, the parties will submit to the Court a proposed notice to individuals who

have already opted in, describing the settlement and informing them of the approval hearing.

The Court has scheduled a status conference for next week, June 28, 2018. The parties request that this conference be rescheduled for a hearing in August at which time the Court could consider approval of the settlement.  However, should the Court have any questions at this time for the parties, the status conference could proceed next week so that counsel could appear and answer any questions the Court may have.

Respectfully submitted,

NICHOLAS CELLI, JONATHAN LALLY, TIFFANY FINCH, and RUSSELL SMITH,

individually and on behalf of others similarly situated,

By their attorneys,

/s/  Shannon Liss-Riordan_____
Shannon Liss-Riordan
Lichten & Liss-Riordan, P.C.
729 Boylston Street, Suite 2000
Boston, MA 02116
(617) 994 – 5800
sliss@llrlaw.com


Richard E. Hayber, *pro hac vice*
Hayber Law Firm, LLC
221 Main Street, Suite 502
Hartford, CT  06106
(860) 522-8888
rhayber@hayberlawfirm.com

DB1/ 98045023.2

2

PROGRESSIVE CASUALTY INSURANCE COMPANY,

By its attorneys,

_/s/_ Melissa C. Rodriguez_____
Christopher A. Parlo
Melissa C. Rodriguez
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178
212-309-6000
Fax: 212-309-6001
cparlo@morganlewis.com
Melissa.rodriguez@morganlewis.com

June 21, 2018

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2018, a copy of this document was electronically filed on all counsel of record.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan
