IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| NICHOLAS CELLI, JONATHAN LALLY, TIFFANY FINCH, and RUSSELL SMITH individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PROGRESSIVE CASUALTY INSURANCE COMPANY,<br><br>Defendant. | Civil Action No. 2:17-cv-01144-SJF-GRB |

**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT**

**PLEASE TAKE NOTICE** that Plaintiffs Nicholas Celli, Jonathan Lally, Tiffany Finch, and Russell Smith (collectively "Plaintiffs") will move this Court, before the Honorable Sandra J. Feuerstein, United States District Court Judge, on a date and at a time to be designated by the Court, at the United States District Courthouse for the Eastern District of New York, 1034 Federal Plaza, Central Islip, New York, 11722, for an Order granting Plaintiffs' Unopposed Motion for Approval of Collective Action Settlement, pursuant to 29 U.S.C. § 216(b) and Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015).

| | |
|---|---|
| Dated: August 31, 2018 | Respectfully submitted,<br><br>NICHOLAS CELLI, JONATHAN LALLY, TIFFANY FINCH, and RUSSELL SMITH, individually and on behalf of all others similarly situated,<br><br>By their attorneys,<br><br>/s/ Shannon Liss-Riordan<br>Shannon Liss-Riordan, *pro hac vice*<br>Lichten & Liss-Riordan, P.C.<br>729 Boylston Street, Suite 2000<br>Boston, MA 02116<br>(617) 994 – 5800<br>sliss@llrlaw.com<br><br>Richard E. Hayber, *pro hac vice*<br>Hayber Law Firm, LLC<br>221 Main Street, Suite 502<br>Hartford, CT 06106<br>(860) 522-8888<br>rhayber@hayberlawfirm.com |

**CERTIFICATE OF SERVICE**

I hereby certify that, on August 31, 2018, a copy of this document was served via ECF on all counsel of record.

/s/ Shannon Liss-Riordan
Shannon Liss-Riordan